Tammy Hussin (Bar No. 155290)
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Alena Lewis

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Alena Lewis,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Milestone Law Group; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:12-cv-01846-TJH-DTB<br><br>**STIPULATION OF DISMISSAL** |

# STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Defendants Milestone Law Group with prejudice and without costs to any party.

| Plaintiff | Defendant |
|---|---|
| _/s/ Tammy Hussin_____ | __/s/ Brian C. Miles_____ |
| TAMMY HUSSIN<br>Attorney for Plaintiff | BRIAN C. MILES<br>Attorney for Defendant |