UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Alena Lewis,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Milestone Law Group; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:12-cv-01846-TJH-DTB<br><br>**ORDER [JS-6]** |

　　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: May 1, 2013　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　Hon. Terry J. Hatter, Jr.

　　　　　　　　　　　　　　　　　　　　United States District Judge