1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Alena Lewis,<br><br>            Plaintiff,<br><br>    vs.<br><br>Milestone Law Group; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 5:12-cv-01846-TJH-DTB<br><br>**ORDER [JS-6]** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: May 1, 2013

_____

Hon. Terry J. Hatter, Jr.

United States District Judge